# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TRACY HIMCHAK, | : | No. 182 MM 2018 |
| Respondent | : | |
| v. | : | |
| WILLIAM A. HIMCHAK, III, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Motion Immediate Injunctive Relief" are DENIED.